IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JOSE LUIS DEL TORO,

      Appellant,

v.

MICHAEL D. CREWS, Secretary,
Florida Department of Corrections,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-5176

Opinion filed July 10, 2014.

An appeal from the Circuit Court for Jackson County.
Shonna Y. Gay, Judge.

Jose Luis Del Toro, pro se, Appellant.

Barbara Debelius, Assistant General Counsel, Department of Corrections,
Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

WOLF, PADOVANO, and RAY, JJ., CONCUR.